UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| **RICARDO PIERRE-LOUIS,** | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | No. 2:04-CR-23-GZS |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 26, 2013, her Recommended Decision (ECF No. 556). Movant filed his Objection to the Recommended Decision (ECF No. 559) on October 7, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Movant's Motion for Relief from Judgment (ECF No. 546) is **DENIED**.

3. It is hereby **ORDERED** that no certificate of appealability shall be issued.

/s/George Z. Singal_____
U.S. District Judge

Dated this 25th day of October, 2013.