# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **RICARDO PIERRE-LOUIS,** ) | |
| ) | |
| **Petitioner,** ) | |
| v.  ) | No.  2:04-cr-00023-GZS |
| ) | 2:16-cv-0263-GZS |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 579) filed June 6, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

(1) the Petitioner's pending Section 2255 Motion (ECF No. 577) is hereby transferred to the First Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 and First Circuit Rule 22.1(e);

(2) a certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S. §2253(c)(2).


        /s/ George Z. Singal  
        United States District Judge

Dated this 11th day of July, 2016.