UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICARDO PIERRE-LOUIS,    ) | |
| ) | |
|   Petitioner,    ) | |
| ) | |
|        v.    ) | 2:04-cr-00023-JDL-3 |
| ) | 2:20-cv-00239-JDL |
| UNITED STATES OF AMERICA,    ) | |
| ) | |
|   Respondent.    ) | |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Ricardo Pierre-Louis moves under 28 U.S.C.A. § 2255 (West 2024) to vacate, set aside, or correct his sentence (ECF No. 633). United States Magistrate Judge John C. Nivison filed his Recommended Decision on Pierre-Louis's motion on November 21, 2023 (ECF No. 677), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2024) and Rule 8(b) of the Rules Governing Section 2255 Proceedings. The time within which to file objections has expired, and no objections have been filed.[1] The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the record. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and I determine that no further proceeding is necessary.

---

[1] The Petitioner previously moved to extend the time to object to the Recommended Decision (ECF No. 680). I granted the motion in part and ordered that any objection to the Recommended Decision be received for docketing no later than sixty days from January 19, 2024, the date the extension was granted (ECF No. 681). That deadline has passed, and no objections have been filed.

1

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 677) is hereby **ACCEPTED**, and the Petitioner's 28 U.S.C.A. § 2255 motion (ECF No. 633) is **DISMISSED**.  It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2) (West 2024).

**SO ORDERED.**

**Dated this 27th day of March, 2024.**

                                                              **/s/ JON D. LEVY**
                                                **U.S. DISTRICT JUDGE**